Andrew D. Skale (SBN 211096)
askale@mintz.com
Ben L. Wagner (SBN 243594)
bwagner@mintz.com
Heather Silver (SBN 285509)
hjsilver@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
Telephone: (858) 314-1500
Facsimile:  (858) 314-1501

Attorneys for Plaintiff
ESOS RINGS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESOS RINGS, INC. a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSEPH PRENCIPE, an individual, MCLEAR & CO., a Delaware Corporation,<br><br>            Defendants. | Case No.  2:17-cv-1381<br><br>**PLAINTIFF ESOS RINGS, INC.'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Esos Rings, Inc. ("Esos") discloses as follows:

Esos has no parent corporation and no publicly held corporation owns more than 10% of Esos' stock.

Dated: February 21, 2017

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO

By: */s/ Andrew D. Skale*
Andrew D. Skale, Esq.
Ben L. Wagner, Esq.
Heather Silver, Esq.

*Attorneys for Plaintiff,*
*ESOS RINGS, INC.*

1